UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                                   )          BK No.:    16-39987
Mohammed Imran Khan;                                     )
                                                         )          Chapter:  7
                                                         )
                                                         )          Honorable Carol Doyle
                                                         )
                                                         )
        Debtor(s)                                        )

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

On the motion of Wells Fargo Bank, NA, a secured creditor herein, the Court having jurisdiction over the subject matter and due notice having been given;

IT IS HEREBY ORDERED that the automatic stay in this case is modified as to the interest of Wells Fargo Bank, NA, its successors, and/or assigns in the property commonly known as 1801 South Michigan Avenue #107, Chicago, Illinois 60616.

IT IS FURTHER ORDERED THAT Rule 4001(a)(3) is not applicable and the effect of this order is not stayed.

Enter:

Honorable Carol A. Doyle
Dated:  January 25, 2017                                             United States Bankruptcy Judge

**Prepared by:**

Enter Prepared By information here.

This box will expand vertically to fit entered text.

Tab out of box to see expansion.